WILLIAMS LAW FIRM, P.C.
Nicholas J. Pagnotta
Alexander T. Tsomaya
235 E. Pine, P.O. Box 9440
Missoula, Montana 59807-9440
(406) 721-4350 Fax: (406) 721-6037
nick@wmslaw.com
alex@wmslaw.com
*Attorneys for Federal Insurance Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| BOYNE USA, INC.,<br><br>Plaintiff,<br><br>-vs-<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | CV-24-70-H-TJC<br><br>**FEDERAL INSURANCE COMPANY'S MOTION FOR RECOUPMENT OF DEFENSE COSTS** |

Federal Insurance Company moves for an order for reimbursement of defense costs expended for Boyne USA, Inc. above the single $5 million limit available under the policy. Federal timely reserved its rights to recoup the Michigan cases expenses (in excess of the $5 million limit) through a reservation of rights letter and the policy specifically reserves recoupment. Now that this Court has declared the two cases are "Related Claims" so Boyne is subject to one $5 million limit, it should enter an order allowing Federal to recover the expenses it paid in the Michigan case above that

limit. As set forth in the accompanying brief in support, this motion is made pursuant to Federal Rule of Civil Procedure 54(d) and 28 U.S.C. § 2202.

Counsel for Boyne has been contacted and opposes this motion.

September 18, 2025 Respectfully submitted,

*/s/ Alexander T. Tsomaya*
Nicholas J. Pagnotta
Alexander T. Tsomaya
Williams Law Firm, P.C.
*Attorneys for Federal Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2025, I filed the foregoing document with the CM/ECF filing system to be transmitted/served electronically upon all interested parties registered under the Court's CM/ECF system.

*/s/ Alexander T. Tsomaya*
Nicholas J. Pagnotta
Alexander Tsomaya
Williams Law Firm, P.C.
*Attorneys for Federal Insurance Company*